**FILED**
October 2, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )    Case No. 2:18MJ00197-AC-2
           Plaintiff,           )
v.                              )    ORDER FOR RELEASE OF
                                )    PERSON IN CUSTODY
DESHARI FREDERICK,              )
                                )
           Defendant.           )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __DESHARI FREDERICK__, Case No. __2:18MJ00197-AC-2__, Charge __21USC § 846, 841(a)(1)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　___ Release on Personal Recognizance

　　___ Bail Posted in the Sum of $_____

　　　　___ Unsecured Appearance Bond $_____

　　　　___ Appearance Bond with 10% Deposit

　　　　___ Appearance Bond with Surety

　　　　___ Corporate Surety Bail Bond

　　　　✔ (Other)   __Pretrial conditions as stated on the record__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __October 2, 2018__ at __2:00 pm__.

　　　　　　　　　　　　　　　　　　By  /s/ Allison Claire/s/ Allison Claire
　　　　　　　　　　　　　　　　　　    Allison Claire
　　　　　　　　　　　　　　　　　　    United States Magistrate Judge

Copy 2 - Court