KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for DESHARI FREDERICK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 18-CR-0206KJM |
| Plaintiff, | ) |
| | ) STIPULATION REGARDING |
| | ) PRETRIAL RELEASE |
| v. | ) SUPERVISION; |
| | ) FINDINGS AND |
| | ) ORDER |
| DESHARI FREDERICK | ) |
| | ) |
| Defendants. | ) |
| _____ | ) Judge: Hon. Kendall J. Newman |

## STIPULATION

Upon recommendation of Pretrial Services and consent of the government, it is hereby stipulated that the pretrial release conditions be modified to add condition 14 of the special conditions of pretrial release. It is to read as follows:

You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer

An Amended Special Conditions of Release will be filed with this stipulation. All

–1–

other conditions of release are to remain in full force and effect.

IT IS SO STIPULATED.

Dated:  February 22, 2019          Respectfully submitted,


                                   /s/ Kelly Babineau
                                   KELLY BABINEAU
                                   Attorney for Deshari Frederick


Dated: February 22, 2019          /s/ Grant Rabeen
                                   GRANT RABEEN
                                   Assistant U.S. Attorney


Dated: February 22, 2019          /s/ Margarita Zepeda
                                   MARGARITA ZEPEDA
                                   U.S. Pretrial Release Officer


**O R D E R**


        IT IS SO FOUND AND ORDERED.

Dated:  February 25, 2019


                                   KENDALL J. NEWMAN
                                   UNITED STATES MAGISTRATE JUDGE

# AMENDED SPECIAL CONDITIONS OF RELEASE

Re: Frederick, Deshari
No.: 2-18-CR-00206-KJM-2
Date: February 21, 2018

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You must reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to the **Eastern District of California** unless otherwise approved in advance by the pretrial services officer;

6. You must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

8. You must seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You must refrain from **excessive** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

10. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

11. You must not associate or have any contact with your **co-defendants** unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

12. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

13. You must not use or possess a computer or any device capable of accessing the Internet in your residence or at any other location unless otherwise approved by the pretrial services officer. Work purposes has been approved by the Court; and

14. *You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.*