KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 801
Sacramento, CA 95814
Tel:(916) 442-4948
kbabineau@klblawoffice.net

Attorney for DESHARI FREDERICK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 18-CR-00206KJM |
| Plaintiff, | ) |
| | ) STIPULATION REGARDING |
| | ) PRETRIAL RELEASE |
| v. | ) SUPERVISION; |
| | ) FINDINGS AND |
| | ) ORDER |
| DESHARI FREDERICK | ) |
| | ) |
| Defendants. | ) |
| _____ | ) Judge: Hon. Carolyn K. Delaney |

**STIPULATION**

Upon recommendation of Pretrial Services and consent of the government, it is hereby stipulated that pretrial release condition 5 and 13 be modified. It is requested that condition 5 be modified as follows:

   5. You must restrict your travel to the <u>Northern District of California and the Eastern District of California</u> unless otherwise approved in advance by the pretrial services officer;

And condition 13 be modified as follows:

   13. You must not use or access the dark web, or use cryptocurrency, in any way and/or any purpose; and

-1-

This modification is being requested because Mr. Frederick is now residing with his mother, who lives in Hayward, California. Condition 5 is being modified, to accommodate his new residence.

Condition 13 is being modified to accommodate the new COVID restrictions. Pretrial cannot conduct home visits during the current situation. With the requested modification, pretrial will be able to engage in virtual home visits. This modification is also consistent with a previous order made for the co-defendant.

All other conditions of pretrial release are to remain in force and effect.

IT IS SO STIPULATED.

Dated:  April 22, 2020               Respectfully submitted,


                                     /s/ Kelly Babineau
                                     KELLY BABINEAU
                                     Attorney for Deshari Frederick


Dated: April 22, 2020                /s/ Grant Rabenn
                                     GRANT RABENN
                                     Assistant U.S. Attorney


Dated: April 22, 2020                /s/ Margarita Zepeda
                                     MARGARITA ZEPEDA
                                     U.S. Pretrial Release Officer

**O R D E R**

IT IS SO FOUND AND ORDERED

Dated: April 23, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE