KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 801
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for DESHARI FREDERICK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:18-CR-0206KJM |
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE AND EXCLUDABLE TIME; |
| v. | ) PERIODS UNDER SPEEDY TRIAL ACT; |
| | ) [PROPOSED] FINDINGS AND ORDER |
| | ) |
| DESHARI SAIVOHN FREDERICK | ) Date: June 14, 2021 |
| | ) Time: 9:00 a.m. |
| | ) Court: Hon. Kimberly J. Mueller |
| Defendants. | ) |

STIPULATION

1. By previous order, this matter was set a status conference on April 19, 2021.

2. By this stipulation, defendant now moves to reset the status conference on April 19, 2021, to June 14, 2021, and to exclude time between April 19, 2021 and June 14, 2021, under Local Code T4.

3. The parties first acknowledge the extraordinary global events since March 2020 and the General Orders issued by the Chief Judge of this District in response to those events. On May 13, 2020, for the Chief Judge of this District issued General

-1-

Order 618, which suspends all jury trials in the Eastern District of California "until further notice." Further, pursuant to General Order 611, the Chief Judge's declaration of judicial emergency under 18 U.S.C. § 3174, and the Ninth Circuit Judicial Council's Order of April 16, 2020 continuing this Court's judicial emergency, this Court has allowed district judges to continue all criminal matters to a date after May 2, 2021.[1] This and previous General Orders, as well as the declarations of judicial emergency, were entered to address public health concerns related to COVID-19. As of today's date, the court has remained closed to the public, and conducted court appearances via Zoom.

4. The parties agree and stipulate, and request that the Court find the following:

   a. The government has provided approximately 1400 pages of discovery associated with this case.

   b. The government and defense have engaged in ongoing plea negotiations. Due to a change in circumstance regarding the evidence, a new offer was provided to the defense.

   c. Counsel for defendant desires additional time to finish investigation related to the change in evidence, consult with their clients, and finish negotiating a possible resolution. Both parties believe a resolution is possible and are working towards that. The defense needs more time to discuss the new offer,

---

[1] A judge "may order case-by-case exceptions" at the discretion of that judge "or upon the request of counsel, after consultation with counsel and the Clerk of the Court to the extent such an order will impact court staff and operations." General Order 618, ¶ 7 (E.D. Cal. May 13, 2020).

finish investigation and research relevant to that offer and properly advise the client. The ongoing pandemic has made it difficult to meet with the client. However, as vaccine roll out occurs, this problem should be easier to resolve.

d. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. The government does not object to the continuance.

f. Based upon the above-stated facts, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 19, 2021 to June 14, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 15, 2021                          Respectfully submitted,

                                                /s/ Paul Hemesath
                                                PAUL HEMESATH
                                                Assistant U.S. Attorney

Dated: April 15, 2021                           /s/ Kelly Babineau
                                                KELLY BABINEAU
                                                Attorney for Deshari Frederick

**[PROPOSED] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this _____ day of _____, 2021

                            _____
                            THE HONORABLE KIMBERLY MUELLER
                            UNITED STATES DISTRICT JUDGE